NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000080**
**31-JUL-2024**
**06:32 AM**
**Dkt. 65 OAWST**

NO.  CAAP-23-0000080


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ROBIN 1 PROPERTIES LLC, Plaintiff-Appellee,
v.
GREEN BUILDERS HAWAII, INC.; ESTHER NOGUCHI,
an individual; ESTHER NOGUCHI, as Trustee of the
ESTHER K. NOGUCHI REVOCABLE LIVING TRUST,
Defendants-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS
1-10; and DOE PARTNERSHIPS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-20-0001336)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss

Appeal (**Stipulation**), filed July 17, 2024, by Defendants-

Appellants Green Builders Hawaii, Inc., Esther Noguchi, an

Individual, and Esther Noguchi, as Trustee of the Esther K.

Noguchi Revocable Living Trust the papers in support, and the record, it appears that: (1) the appeal has been docketed and the filing fees paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and that each party shall bear their own attorneys' fees and costs incurred on appeal; and (3) the Stipulation is dated and signed by counsel for all parties appearing in this appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, July 31, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge